UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HANK MEYERS,<br><br>                    Plaintiff,<br><br>            v.<br><br>SNOHOMISH COUNTY PUBLIC TRANSPORTATION BENEFIT AREA, doing business as Community Transit, et al.,<br><br>                    Defendants. | CASE NO. 2:25-cv-02463-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) As recommended by the Honorable S. Kate Vaughan, United States Magistrate Judge, this case is currently undergoing review under 28 U.S.C. § 1915(e)(2)(B). *See* Dkt. No. 3 (Order Granting Motion for Leave to Proceed In Forma Pauperis). A summons will be issued, and service will be possible, when and if the Court

MINUTE ORDER – 1

determines that it is not required to dismiss the case under 28 U.S.C. § 1915(e)(2)(B).

(2) If a summons is issued, Plaintiff will have 90 days from the date of issuance to serve Defendants with the summons and Complaint. Until a summons is issued, service cannot be effected. *See* Fed. R. Civ. P. 4(c)(1).

(3) The Court acknowledges that some Defendants have nevertheless appeared and answered the Complaint. *See* Dkt. Nos. 6, 7, 9. However, the Court FINDS good cause to delay the entry of a case schedule until Section 1915 review is complete.

(4) The Minute Orders at Docket Numbers 10, 11, and 12, which were entered in error, are hereby STRICKEN, and all deadlines are VACATED.

Dated this 16th day of January, 2026.

Joshua C. Lewis
Clerk of the Court

s/ Kadya Peter
Deputy Clerk