Henk Andrew Meyers
8315 Cupertino Heights Way
Las Vegas, NV 89178
Tel: 213-408-9744
henkmeyers@icloud.com
Pro Se Plaintiff

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

**AT SEATTLE**

| | |
|---|---|
| HENK ANDREW MEYERS,<br>            Plaintiff,<br>v.<br>SNOHOMISH COUNTY PUBLIC<br>TRANSPORTATION BENEFIT AREA<br>d/b/a COMMUNITY TRANSIT,<br>et al.<br>            Defendants. | Case No.: 2:25-cv-02463-TL<br><br>**DECLARATION OF HENK ANDREW MEYERS IN SUPPORT OF PLAINTIFF'S MOTION TO DISSOLVE STAY IMPOSED AT DKT. 13**<br><br>NOTE ON MOTION CALENDAR:<br>May 29, 2026 |

I, Henk Andrew Meyers, declare as follows:

1. I am the plaintiff in the above-captioned action, proceeding pro se and in forma pauperis. I make this declaration in support of my Motion to Dissolve Stay Imposed at Dkt. 13, or Alternatively for Findings Required Under *Yong v. INS*. I have personal knowledge of the facts set forth herein, and if called to testify, I could and would competently testify thereto.

2. On May 8, 2026, I called the Clerk's Financial Unit to tender the $405 filing fee in connection with my Motion to Withdraw IFP (Dkt. 38). I was informed that the Court would not accept payment until it ruled on Dkt. 38. I memorialized this call in a written communication the same day.

3. On May 7, 2026, the Clerk reset the noting dates for both my Motion for Leave to Supplement the Record (Dkt. 37) and my Motion to Withdraw IFP (Dkt. 38), extending consideration of those motions to the briefing schedule applicable under LCR 7(d)(3).

DECLARATION OF HENK ANDREW MEYERS                    1

Henk Andrew Meyers
8315 Cupertino Heights Way
Las Vegas, NV 89178

4. This case has been pending sua sponte screening under 28 U.S.C. § 1915(e)(2)(B) for 151 days as of the date of this declaration, based on publicly available PACER docket records in the Western District of Washington.

5. I sent a conferral communication to defense counsel regarding the present motion pursuant to LCR 7(b)(2) on May 11, 2026. As of the time of this filing, I had not received a substantive response.

6. The written communication dated May 6, 2026 from named Defendant Matthew Hendricks, signed in his capacity as "Counsel to Community Transit," demanding that I "permanently delete[] and destroy[]" public records released to me in response to PRA Request 26-69 and provide written confirmation thereof, is not attached to this declaration. That letter has been filed with the Court as supplemental authority attached to my Motion for Leave to Supplement the Record (Dkt. 37) and is incorporated herein by reference. I have preserved both the records at issue and the Hendricks letter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of May, 2026, at Las Vegas, Nevada.


Henk Andrew Meyers
Pro Se Plaintiff
8315 Cupertino Heights Way
Las Vegas, NV 89178
Tel: 213-408-9744
henkmeyers@icloud.com

DECLARATION OF HENK ANDREW MEYERS                    2