**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

**AT SEATTLE**

| | |
|---|---|
| HENK ANDREW MEYERS,<br>                    Plaintiff,<br>          v.<br>SNOHOMISH COUNTY PUBLIC TRANSPORTATION    BENEFIT    AREA d/b/a<br>COMMUNITY TRANSIT, et al.<br>                    Defendants. | Case No.: 2:25-cv-02463-TL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO DISSOLVE STAY IMPOSED AT DKT. 13** |

This matter came before the Court on Plaintiff's Motion to Dissolve Stay Imposed at Dkt. 13, or Alternatively for Findings Required Under *Yong v. INS* (Dkt. ___). The Court has considered the motion, any opposition filed by Defendants, and the record in this case. Being fully advised, the Court finds that the stay entered at Dkt. 13 on January 16, 2026 was predicated on the protective purpose of 28 U.S.C. § 1915(e)(2)(B) screening—to spare prospective defendants the expense of responding to an unscreened complaint. Eleven of the thirteen named defendants in the operative Amended Complaint (Dkt. 16) have since voluntarily appeared and answered on the merits. That protective purpose has been satisfied. Continued maintenance of the stay is not supported by sufficient findings under *Landis v. North American Co.*, 299 U.S. 248, 254–55, 57 S. Ct. 163, 81 L. Ed. 153 (1936), and *Yong v. INS*, 208 F.3d 1116, 1119 (9th Cir. 2000).

**IT IS HEREBY ORDERED** that:

1. The stay imposed at Dkt. 13 on January 16, 2026 is hereby **DISSOLVED**, effective immediately.

2. The Clerk of Court is directed to issue summons as to all named defendants who have not yet been

[PROPOSED] ORDER – DISSOLVE STAY (DKT. 13)                    1

served with process in this action.

3. The parties shall meet and confer pursuant to Federal Rule of Civil Procedure 26(f) within twenty-one (21) days of the date of this Order.

4. A Rule 16(b) scheduling conference is hereby set for _____, 2026, at _____ [a.m./p.m.], in Courtroom ____ of the United States Courthouse, Seattle, Washington.

5. All pending motions in this action, including Plaintiff's Motion to Expedite Preservation Order (Dkt. 17) and Plaintiff's Motion for Preservation Order (Dkt. 18), shall proceed on the schedule established under this Court's Local Civil Rules.

IT IS SO ORDERED.


DATED this _____ day of _____, 2026.



_____
HON. TANA LIN
United States District Judge
Western District of Washington

[PROPOSED] ORDER – DISSOLVE STAY (DKT. 13)                2

Henk Andrew Meyers
8315 Cupertino Heights Way
Las Vegas, NV 89178